O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENAVICO SHENZEN LOGISTICS, LTD., <br><br> Plaintiff, <br><br> v. <br><br> DGS LOGISTICS, LLC; PATRICK JACOB; DOES 1–20, <br><br> Defendants. | Case No. 2:13-cv-08757-ODW(FFMx) <br><br> **ORDER STRIKING PLAINTIFF'S OPPOSITION [13]** |

On January 3, 2014, Defendant Patrick Jacob filed a Motion to Set Aside Default as to Defendant DGS Logistics, LLC. (ECF No. 12.) On January 16, 2014, Plaintiff Penavico Shenzen Logistics, Ltd. filed its Opposition. (ECF No. 13.) Under the Local Rules, Plaintiff's Opposition was due 21 days before the February 3, 2014 hearing date—or Monday, January 12, 2014. *See* L.R. 7-9. Because Plaintiff filed its Opposition some three days late, the Court **STRIKES** it. *See* L.R. 83-7. (ECF No. 13.)

**IT IS SO ORDERED.**

January 17, 2014

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**