O

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| PENAVICO SHENZEN LOGISTICS, LTD., | Case No. 2:13-cv-08757-ODW(FFMx) |
| Plaintiff, | **ORDER STRIKING PLAINTIFF'S OPPOSITION AND RELATED DOCUMENTS [15], [16]** |
| v. |  |
| DGS LOGISTICS, LLC; PATRICK JACOB; DOES 1–20, |  |
| Defendants. |  |

On December 19, 2013, Defendant Patrick Jacob filed a Motion to Dismiss for Lack of Personal Jurisdiction.  (ECF No. 7.)  On January 20, 2014, Plaintiff Penavico Shenzen Logistics, Ltd. filed its Opposition and supporting evidence.  (ECF Nos. 15, 16.)   Under the Local Rules, Plaintiff's Opposition was due 21 days before the February 3, 2014 hearing date—or Monday, January 12, 2014.  *See* L.R. 7-9.  Because Plaintiff filed its Opposition and supporting evidence an entire week late, the Court **STRIKES** them.  *See* L.R. 83-7.  (ECF Nos. 15, 16.)

**IT IS SO ORDERED.**

January 21, 2014

_____

**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**