O

# United States District Court
# Central District of California

| | |
|---|---|
| PENAVICO SHENZHEN LOGISTICS LTD., <br><br> Plaintiff, <br><br> v. <br><br> DGS LOGISITICS LLC; PATRICK JACOB; DOES 1–20, inclusive, <br><br> Defendants. | Case No. 2:13-cv-08757-ODW(FFMx) <br><br> **ORDER TO SHOW CAUSE RE. SETTLEMENT** |

On March 21, 2014, the mediator assigned to this action informed the Court that the parties fully settled the case. (ECF No. 24.)  The Court therefore **ORDERS** the parties to **SHOW CAUSE** in writing by **Monday, March 31, 2014**, why they have not finalized settlement.  No hearing will be held.  The Court will discharge this Order upon the filing of a stipulated dismissal or written response demonstrating good cause for the delay.

**IT IS SO ORDERED.**

March 24, 2014

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**