# United States District Court
# Central District of California

| | |
|---|---|
| PENAVICO SHENZHEN LOGISTICS LTD., | Case No. 2:13-cv-08757-ODW(FFMx) |
| Plaintiff, | **ORDER CONTINUING ORDER TO SHOW CAUSE RE. SETTLEMENT** |
| v. | |
| DGS LOGISITICS LLC; PATRICK JACOB; DOES 1–20, inclusive, | |
| Defendants. | |

On March 21, 2014, the mediator assigned to this action informed the Court that the parties fully settled the case.  (ECF No. 24.)  The Court thereafter ordered the parties to show cause by March 31, 2014, why they had not finalized settlement and moved for dismissal of the action.  (ECF No. 25.)  On March 26, 2014, the parties responded, stating that they have agreed to move for dismissal within 20 days of the initial payment provided for in the agreement, which apparently will occur on or around April 21, 2014.

The Court therefore **CONTINUES** the Order to Show Cause deadline to **Monday, May 12, 2014**.  No hearing will be held.  The parties shall respond in writing.  The Court should note that the Court will not entertain further extensions of

the deadline absent compelling circumstances not within the parties' control.  Failure to timely respond will result in dismissal for lack of prosecution.

**IT IS SO ORDERED.**

March 28, 2014

_____

**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**